108 F.3d 329
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Jimmie Lee ALLEN, Plaintiff-Appellant,
v.
Thomas A. COUGHLIN, III, Donald Selski, Jose Pico, Charles
J. Scully, Wallace Oldham, C. Artuz, M. Haubert S. Phillips,
Nad KKM Thornton, Jointly, Severally, and Individually,
Respectively, Defendants-Appellees.
 No. 96-2619.
 United States Court of Appeals, Second Circuit.
 March 6, 1997.
 
 APPEARING FOR APPELLANT:Jimmie Lee Allen, pro se, (Auburn Correctional Facility, Auburn, New York)
 APPEARING FOR APPELLEES:Charles F. Sanders, Assistant Attorney General (Dennis C. Vacco, Attorney General for the State of New York, Thomas D. Hughes, Assistant Solicitor General, New York, New York)
 PRESENT: ELLSWORTH A. VAN GRAAFEILAND, THOMAS J. MESKILL, JOSE A. CABRANES, Circuit Judges.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was taken on submission.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED.
 
 
 3
 We affirm the judgment of the district court substantially for the reasons stated in Judge Cedarbaum's Memorandum Opinions and Orders dated March 16, 1995 and June 28, 1996.
 
 
 4
 We have considered all of the plaintiffs' contentions on this appeal and have found them to be without merit.